Robert BELCHER, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 62094.

Missouri Court of Appeals,
Western District.

Jan. 13, 2004.

Vanessa Caleb, Kansas City, MO, for Appellant.

John M. Morris, III, Jefferson City, MO, for Respondent.

upon remand.

Before THOMAS H. NEWTON, P.J., PATRICIA A. BRECKENRIDGE and PAUL M. SPINDEN, JJ.

## ORDER

PER CURIAM.

Mr. Robert Belcher filed a motion for post-conviction relief after a guilty plea, claiming the Interstate Agreement on Detainers (IADA) was violated and the plea court lacked jurisdiction to accept the guilty plea. The motion court denied the motion because he waived any claim under the IADA by pleading guilty. For the reasons set forth in the memorandum provided to the parties, we affirm. Rule 84.16(b).